1052

[No. 18537-1-III. Division Three. December 21, 2000.]

GEORGE J. LAWLER, *Appellant*, v. JAMES D. HENSLEY, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-04814-8, Gregory D. Sypolt, J., entered March 19, 1999. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kato, JJ.

[No. 18840-0-III. Division Three. December 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANE A. DAVIS,
*Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 97-1-00199-2, Jack Burchard, J., entered September 20, 1999. *Reversed* by unpublished opinion per Kato, J., concurred in by Sweeney and Schultheis, JJ.

[No. 19211-3-III. Division Three. December 21, 2000.]

HARLEY C. DOUGLASS, INC., *Appellant*, v. COUNTRY HOMES PROPERTIES, # 2, L.L.C., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-06521-1, Michael E. Donohue, J., entered August 2, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 19016-1-III. Division Three. December 21, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. JERRY D. BROOKS,
JR., *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-1-00437-9, Robert L. Zagelow, J., entered December 8, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.